Case 2:21-cv-00278-TOR    ECF No. 103    filed 02/07/23    PageID.1685    Page 1 of 1

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Feb 07, 2023

SEAN F. McAVOY, CLERK

AO 450 (Rev. 11/11) Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of Washington

SEAN KYLE MARTIN

*Plaintiff*

v.

HUGO FERNANDEZ CADENA, Mailroom Employee, BONNIE M. LONGINO, Mailroom Employee, TRACY SCHNEIDER, HQ Correctional Manager, and CHARLOTTE HEADLEY, Chief of Security

*Defendant*

Civil Action No. 2:21-CV-00278-TOR

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☑ other: Defendants' Motion for Summary Judgment, ECF No. 75, is GRANTED. Plaintiff's Motion for Summary Judgment, ECF No. 81, is DENIED. Judgment is entered in favor of Defendants.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☑ decided by Senior Judge Rosanna Malouf Peterson on motions for Summary Judgment.

Date: 2/7/2023

*CLERK OF COURT*

SEAN F. McAVOY

s/ Brian Molony
*(By) Deputy Clerk*

Brian Molony